# United States Court of Appeals
## For the First Circuit

Nos. 17-1052
     17-1053

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ LAUREANO-SALGADO, a/k/a Geo;
PEDRO L. RAMÍREZ-RIVERA, a/k/a Peter Pai,

Defendants, Appellants.

_____

**ERRATA SHEET**

The opinion of this Court, issued on August 2, 2019, is amended as follows:

On page 9, footnote 7, line 2 of the footnote, change "Andio" to "Andino"

On page 14, footnote 12, line 4 of the footnote, change "compete" to "complete"